In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Appellant, against SELECT OPERATING CORPORATION, Respondent.— Order unanimously reversed, with costs and disbursements, and the motion granted on the ground

that the findings of the New York State Labor Relations Board are sustained by sufficient evidence. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [183 Misc. 480.]